ORIGINAL

FILED
NOV 08 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

World Fuel Services Singapore (PTE) Ltd.,
A Singapore Corporation,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. ______________________

Judge ______________________

**PLAINTIFF'S RCFC 7.1(a) STATEMENT**

Pursuant to RCFC 7.1(a), World Fuel Services Singapore (PTE) Ltd. states that it is a Singapore corporation wholly-owned by World Fuel Services, Inc., Miami Springs, Florida, which is publically traded.

H. Robert Showers
Simms Showers LLP
305 Harrison Street, S.E., Third Floor
Leesburg, Virginia USA 20175
(703) 771-4671
(703) 771-4681 (facsimile)

Counsel for Plaintiff

Dated: November 8, 2006.

OF COUNSEL:
J. Stephen Simms
Donna Davis Ebaugh
Simms Showers LLLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
(410) 783-5795
(410) 510-1789 (facsimile)