# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| World Fuel Services Singapore (PTE) Ltd., A Singapore Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-755 C<br><br>Judge Robert H. Hodges, Jr. |

## CONSENT MOTION TO SUBSTITUTE ATTORNEY OF RECORD FOR PLAINTIFF

Plaintiff World Fuel Services Singapore (PTE) Ltd. moves pursuant to Rule 83.1 (c)(4) of this Court to substitute J. Stephen Simms for H. Robert Showers as Attorney of Record for plaintiff. Mr. Showers, pursuant to Rule 83.1 ( c ) will continue as Of Counsel to plaintiff.

**Affidavit of Appointment**

I hereby certify pursuant to Rule 83.1 (c)(4) of this Court that plaintiff World Fuel Services Singapore (PTE) Ltd. has appointed me as its Attorney of Record in this matter.

Dated: December 12, 2006

/s/ J. Stephen Simms

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
(410) 783-5795
(410) 510-1789 (facsimile)

Attorney of Record for Plaintiff

**Consent to Substitution**

Pursuant to Rule 83.1 (c)(4) of this Court, I consent to the substitution of J. Stephen Simms for me as Attorney of Record in this action for plaintiff World Fuel Services Singapore (PTE).

Dated: December 12, 2006.

H. Robert Showers
Simms Showers LLP
305 Harrison Street, S.E., Third Floor
Leesburg, Virginia USA 20175
(703) 771-4671
(703) 771-4681 (facsimile)

Of Counsel for Plaintiff

**CERTIFICATE OF FILING**

I hereby certify that on December 12, 2006, a copy of the foregoing "CONSENT MOTION TO SUBSTITUTE ATTORNEY OF RECORD FOR PLAINTIFF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Stephen Simms