World Fuel Services

WORLD FUEL SERVICES CORPORATION
9800 N.W. 41st Street, Suite 400, Miami, Fl. 33178
Tel. 305 428-8000 Fax. 305 392-5600
www.wfscorp.com

November 2nd 2005

**CONFIDENTIAL**

Ms. Donna Black
Defense Energy Support Center/ DESC- BZD
8725 John J. Kingman Rd., Suite 4950
Ft.Belvoir, VA 22060 –6222
Fax 1-703-767-9044

**Losses sustained during recent terrorist attacks in Afghanistan**

Dear Donna,

Further to my e mail of October 26th enclosing several pictures of the havoc caused by 2 separate terrorist incidents sustained last month I write now to provide further details of the resulting losses.

1) **Fatalities**

The following 5 men perished in the attacks.

a) Truck LSB 6679 - Mr. Latif Hussain ; Mr. Rustom Khan

b) Truck LSA 7996 - Mr., Manzoor Ali

c) Truck TLB 393 - Mr. Urf Babu Khan; Mr. Ehsanul Haq

Death certificates are being obtained for the deceased, all of whom were independent truck operators subcontracted to Mengal.

2) **Truck Damage**

Attachment 1 lists 13 trucks that were damaged to varying degrees in the attacks. The extent of damage to each truck is categorized into 3 sections; 100% damage, 60% damage and 35% damage. The age, make and size of each vehicle are shown along with market replacement value and the resultant residual value after allowance for the degree of damage. This document has been scrutinized by PSO and discussed with Mengal with the result that the total cost of damage stated of 28.88 million Rupees has been reduced to 23.5 million Rupees or approximately $391,167.

Attachment 2 shows a statement from Shah Enterprises the clearing agent at the border showing when all 13 trucks crossed the border along with date of dispatch from Keamari.

Attachment 3 shows the local Afghan Authority permission to remove the remains of the vehicles.

**3) Product Loss**

Also shown on Attachment 2 is the volume of fuel in each truck corrected to 15 degrees. These volumes have been added to show the quantity dated on September 30th or before and the quantity dated October 1st or after, so that correct valuation can be made against the relevant DESC invoice price. As a result the total value of the product destroyed is $344,501.14

**The two amounts bring the total monetary losses to $735,668.14.**

This amount excludes of course any provision for the families of the murdered drivers and whilst we understand the DESC has no liability for this consideration we were hoping that perhaps some small discretionary consideration might be given to this matter. I was thinking perhaps $3000 per man which represents 2 years wages for the families many of whom have endured the added suffering caused by the earthquake.

Your swift cooperation with this matter would deeply appreciated.

Yours sincerely,

C. R. Griffiths

Carl Griffiths
Senior Vice President

MBT

ATTACHMENT I

Phone Karachi : 583 6152
583 6153
Fax : 583 4548

# MENGAL BROTHERS TRANSPORT

Office No. 14, First Floor, Marine Centre, Plot No. Commercial 10-A Block-2, K.D.A. Scheme 5, Kehkashan, Clifton, Karachi.

Code 0616

REF. NO

23.5 million Rs.

DATE 24/10/05 20

The General Manager,
New Business Afghan Export,
Pakistan State Oil Co. Ltd.,
Khayaban-e-Iqbal, Clifton,
Karachi.

Subject: Detail Of Damaged Tank Lorry

100 % Damaged Tank lorry

| S.No. | Lorry No. | Qty. | Model | Make | Market Value | Damage 100 % |
|---|---|---|---|---|---|---|
| 01- | TLC-901 ✓ | 50000 Ltr. | 2004 | Hino | 4,700,000 | 4,700,000 |
| 02- | GLT-5571 ✓ | 40000 Ltr. | 1988 | Nissan | 2,500,000 | 2,500,000 |
| 03- | C-2753 ✓ | 40000 Ltr. | 1991 | Hino | 2,800,000 | 2,800,000 |
| 04- | TLA-450 ✓ | 50000 Ltr. | 1993 | Hino | 3,000,000 | 3,000,000 |
| 05- | TLA-288 ✓ | 40000 Ltr. | 1998 | Nissan | 2,900,000 | 2,900,000 |
| 06- | LSA-7998 ✓ | 40000 Ltr. | 1992 | Nissan | 3,000,000 | 3,000,000 |
| | | | | | Total | **18,700,000** |

60 % Damaged Tank lorry

| S.No. | Lorry No. | Qty. | Model | Make | Market Value | Damage 60 % |
|---|---|---|---|---|---|---|
| 01- | TLC-970 ✓ | 50000 Ltr. | 1987 | R/Con. Nissan | 3,200,000 | 1,920,000 |
| 02- | QAH-9792 ✓ | 40000 Ltr. | 1997 | Nissan | 3,200,000 | 1,920,000 |
| 03- | LSB-5915 ✓ | 40000 Ltr. | 1997 | Hino | 3,200,000 | 1,920,000 |
| 04- | LSB-3421 ✓ | 40000 Ltr | 1991 | Isuzu | 2,000,000 | 1,200,000 |
| | | | | | Total | **6,960,000** |

35 % Damaged Tank lorry

| S.No. | Lorry No. | Qty. | Model | Make | Market Value | Damage 35 % |
|---|---|---|---|---|---|---|
| 01- | LXP-8826 ✓ | 48000 Ltr. | 1995 | R/Con. Nissan | 3,500,000 | 1,225,000 |
| 02- | JP-7186 ✓ | 48000 Ltr. | 1988 | Nissan | 2,500,000 | 875,000 |
| 03- | TLE-718 ✓ | 50000 Ltr. | 1992 | R/Con. Nissan | 3,200,000 | 1,120,000 |
| | | | | | Total | **3,220,000** |

Total Cost Of Damaged Lorry Rs.28,880,000/=, Reduced to Rs. 25,580,000.00
We, therefore, request you to kindly claim pay the said vehicle. (U.S. $ 427,(53)

26/10
(Q. M. Siddiqui)
G M (Ac. B/SD. E)

Thanking you,
Yours truly,

Mengal Brothers Transport
MENGAL BROTHERS TRANSPORT

C.C: G.M Logistic
C.C: G M Marine & Aviation Department.

01/10/2001 23:57 1 PAGE 01

ATTACHMENT II

# SHAH ENTERPRISES

IMPORTER - EXPORTERS, CUSTOM CLEARING & FORWARDING AGENT

Date ____________

Ref No. ____________

General Manager
New Business/Afghan Export
Pakistan State Oil Company Karachi.

October 18, 2005

Sub: Detail of damaged Tank Lorries

USG NET CORRECTED

| Sr No. | Tanker No | Qty/Liters | Invoice No | Date | Cross Border Date | |
|---|---|---|---|---|---|---|
| 1. | TLA-288 ✓ | 40000 | KTB/DESC/096 | 29-09-05 | 05-10-05 | 10374 |
| 2. | TLA-450 ✓ | 50000 | KTB/DESC/096 | 29-09-05 | 12-10-05 | 12942 |
| 3. | QAH-9792 ✓ | 40000 | KTB/DESC/096 | 29-09-05 | 02-10-05 | 10363 |
| 4. | GLT-5571 ✓ | 50000 | KTB/DESC/097 | 30-09-05 | 07-10-05 | 12979 |
| 5. | TLC-970 ✓ | 50000 | KTB/DESC/098 | 01-10-05 | 05-10-05 | 12967 |
| 6. | LSA-7996 ✓ | 40000 | KTB/DESC/099 | 03-10-05 | 06-10-05 | 10364 |
| 7. | C-2753 ✓ | 40000 | KTB/DESC/0102 | 08-10-05 | 13-10-05 | 10384 |
| 8. | TLC-901 ✓ | 50000 | KTB/DESC/0102 | 08-10-05 | 12-10-05 | 12930 |
| 9. | LXP-6826 ✓ | 48000 | KTB/DESC/097 | 30-09-05 | 04-10-05 | 12434 |
| 10. | JP-7186 ✓ | 48000 | KTB/DESC/096 | 29-09-05 | 03-10-05 | 12449 |
| 11. | TLE-718 ✓ | 50000 | KTB/DESC/0100 | 04-10-05 | 08-10-05 | 12967 |
| 12. | LSB-5915 ✓ | 40000 | KTB/DESC/0100 | 04-10-05 | 07-10-05 | 10384 |
| 13. | LSB-3421 ✓ | 40000 | KTB/DESC/097 | 30-09-05 | 06.10.05 | 10393 |

TOTAL 81934 - SEP
69,996 - OCT
151,930

Shah Enterprises
Ram Chand Bazar Chaman

Ram Chand Bazar, Chaman Tel: +92-826-612829, 612017 Fax: +92-826-613640
E-mail:- paktrd kabir@yahoo.com.

ATTACHMENT III



شهرت و آدرس عارض

اسم و شهرت

تاریخ

شهرت و آدرس

قیمت (۲) افغانی

| | | | |
|---|---|---|---|
| اسم | | [illegible] | نمبر تذکره |
| نمبر خانه | | [illegible] | نمبر خانه |
| کارته و نمبر سرک | | [illegible] | کارته و نمبر سرک |
| شهر | | [illegible] | ناحیه |
| ولایت | | [illegible] | شهر |
| محل کار | | [illegible] | ولایت |
| نمبر تیلفون | | [illegible] | محل کار |

[illegible]

| | | |
|---|---|---|
| [illegible] | 250000 | [illegible] |
| [illegible] | 50000 | [illegible] |
| [illegible] | 40000 | [illegible] |
| [illegible] | 50000 | [illegible] |
| [illegible] | 50000 | [illegible] |

| | | |
|---|---|---|
| نمبر جواز | [illegible] | شهرت عریضه نویس |

اسم عارض

موضوع عریضه

تاریخ تسلیم عریضه

نمبر مسلسل

رسید

تاریخ مراجعه عارض حسب اقتدار

نمبر وصول

TLE - 218 - 5000

د بولدک محترم ولسوال صاحب !

صمه موټر ای جی د ۱۵ تاریخ په ماښام تی سوکول سویدی اصغری مریب

پاکستان ته انتقال شي اصولی کومک ورسره وکړي

۱۲/۸/۲۰