**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| World Fuel Services Singapore (PTE) Ltd., A Singapore Corporation, | No. 06-755 C |
| Plaintiff, | |
| v. | Judge Robert H. Hodges, Jr. |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**STIPULATION OF DISMISSAL - WITHOUT PREJUDICE**

The United States of America and plaintiff World Fuel Services Singapore (PTE) Ltd. stipulate to the dismissal of the complaint without prejudice, each party to be responsible for its respective costs and attorneys fees.

Dated: February 27, 2007.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
(410) 783-5795
(410) 510-1789 (facsimile)

Attorney of Record for Plaintiff

[ Continued on Next Page ]

[Stipulation of Dismissal, Without Prejudice, No. 06-755C]

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

DONALD E. KINNER
Assistant Director

BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530
Tel. (202) 616-8253
Fax (202) 307-0972

Attorneys for Defendant

Of Counsel for Defendant:
HOWARD KAUFER
Defese Energy Support Center